Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| TOBIAS BOYLAND | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 14-CV-1047 |
| v. | |
| DALE ARTUS<br>Superintendent Attica Correctional Facility | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   that the Petition for Habeas Corpus relief is denied and leave to appeal to the Court of Appeals as a poor person is denied. Further requests to proceed on appeal as a poor person should be directed, on motion, to the United States Court of Appeals for the Second Circuit, in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

| | |
|---|---|
| Date: September 9, 2016 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/K.McMillan<br>      Deputy Clerk |